```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LAUREL J. MONTOYA
    Assistant United States Attorneys
 3  2500 Tulare Street, Suite 4401
    Fresno, CA   93721
 4  Telephone:  (559) 497-4000
    Facsimile:  (559) 497-4099
 5
    Attorneys for Plaintiff
 6  United States of America
```





IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1: 15 CR 0 0 2 5 3  LJO SKO |
|---|---|
| Plaintiff, | MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |
| v. | |
| JONATHAN C. BOURNE, | |
| Defendant. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on September 17, 2015, charging the above defendant with 16 U.S.C. § 470ee(a),(b,)and(d) - Unlawful Transportation of Archeological Resources Removed From Public Lands (Felony)- 8 Counts; 16 U.S.C. § 470ee(a)and(d) - Unauthorized Excavation, Removal, Damage or Defacement of Archeological Resources Removed From Public Lands (Felony)- 6 Counts; 18 U.S.C. § 1361 - Injury or Depredation To Government Property (Felony)- 6 Counts; 18 U.S.C. § 641 - Possession Of Stolen Government Property (Felony); 16

U.S.C. § 470gg(b)(1), 18 U.S.C. § 981(a)(1)(c), and 28 U.S.C. § 2461(c) - Criminal Forfeiture allegations be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the findings of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: September 17, 2015        Respectfully submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney

                      By    /s/ Laurel J. Montoya
                                LAUREL J. MONTOYA
                                Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   September 17, 2015        _____
                                       U.S. Magistrate Judge