**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Oliver W. Wanger, Esq. SBN# 40331
Peter M. Jones, Esq. SBN# 105811

Attorneys for:   **Defendant, JONATHAN CORNELIUS BOURNE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>JONATHAN CORNELIUS BOURNE,<br><br>Defendant(s). | Case No.: 1:15 CR 00253 LJO SKO<br><br>**WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT PRETRIAL PROCEEDINGS; ORDER THEREON** |

Pursuant to F.R. Crim. P. 43(b)(3), Defendant, Jonathan Cornelius Bourne, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Dr. Bourne resides in Mammoth Lakes, CA. He is a licensed physician who practices medicine in Mammoth Lakes, at the hospital located there, and in his community. Mammoth Lakes is a seven hour drive to Fresno. The highway coming and going into that location in the late fall, winter and early spring are often subject to weather restrictions. Defendant agrees that his interests shall be represented at all times by the presence of his attorneys, Oliver W. Wanger or Peter M. Jones, the same as if Defendant were personally

present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorneys that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Dr. Bourne is currently in compliance with all his conditions under Pretrial Services.

Dated:  November 06, 2015           /s/ JONATHAN CORNELIUS BOURNE
                                    JONATHAN CORNELIUS BOURNE


Dated:  November 06, 2015           WANGER JONES HELSLEY PC



                                    By /s/ PETER M. JONES
                                       PETER M. JONES, Attorney for
                                       Defendant, JONATHAN CORNELIUS BOURNE



**ORDER**

GOOD CAUSE APPEARING**, IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order of the Court.

IT IS SO ORDERED.

Dated:   **November 9, 2015**              **/s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE