1  **WANGER JONES HELSLEY PC**
   265 E. River Park Circle, Suite 310
2  Post Office Box 28340
   Fresno, California 93729
3  Telephone: (559) 233-4800
   Facsimile: (559) 233-9330
4
   Oliver W. Wanger
5  Peter M. Jones, Esq. SBN# 105811

6  Attorneys for:    Defendant, JONATHAN CORNELIUS BOURNE

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | |
   |---|---|
12 | Plaintiff(s), | Case No.: 1:15 CR 00253 LJO-SKO |
13 | v. | STIPULATION TO VACATE PRETRIAL SUPERVISION CONDITION OF DEFENDNAT'S RELEASE ON HIS PERSONAL RECOGNIZANCE; DECLARATION OF PETER M. JONES IN SUPPORT OF STIPULATION; AND ORDER THEREON |
14 | JONATHAN CORNELIUS BOURNE | |
15 | Defendant(s). | |

19         Defendant, JONATHAN CORNELIUS BOURNE, by and through counsel,
20 Peter M. Jones, and Plaintiff, UNITED STATES OF AMERICA, by and through counsel,
21 Benjamin B. Wagner hereby stipulate as follows:
22         That the condition of pretrial release supervision by Pretrial Services be vacated
23 as a condition of his release on his personal recognizance, and that all other terms and
24 conditions remain in full force and effect..
25 ///
26 ///
27 ///
28 ///

**DECLARATION OF PETER M. JONES**

1. I am an attorney duly licensed to practice in the State of California.

2. I am with the law firm of Wanger Jones Helsley PC, co-counsel of record for Defendant, Jonathan Cornelius Bourne ("Defendant") in the above-captioned action. Except as to matters based on information and belief, I have personal knowledge of the matters set forth in this Declaration. Regarding matters stated on information and belief, I believe them to be true. If called upon as a witness to testify about the content of this Declaration, I could and would competently do so.

3. One of the conditions of Defendant's personal recognizance release was that he would be under the supervision of Pretrial Services. Pretrial Services Officer, Dan Stark notified me that he is recommending that the pretrial supervision condition of Mr. Bourne's release be vacated, and that all other conditions previously imposed remain the same.

4. Officer Stark indicated that he had spoken with AUSA, Laurel Montoya, and that she agrees to stipulate to this change in the conditions of the Defendant's release.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this Declaration was executed on November 09, 2015, at Fresno, California.

                                          /s/ Peter M. Jones
                                          Peter M. Jones

Dated: November 12, 2015        Respectfully submitted,

                                       By: /s/ PETER M. JONES
                                            PETER M. JONES, Co-Counsel for
                                            Defendant, JONATHAN CORNELIUS BOURNE

Dated: November 12, 2015        BENJAMIN B. WAGNER, U.S. Attorney

                                        UNITED STATES ATTORNEY'S OFFICE

                                        By: /s/ Laurel Montoya
                                            Laurel Montoya,
                                            Assistant U.S. Attorney

**ORDER**

Having reviewed the above Stipulation and Good Cause Appearing, it is hereby ordered that the condition of pretrial release supervision be vacated from the Defendant's release on his personal recognizance. All other conditions of release shall remain in full force and effect.

IT IS SO ORDERED.

Dated:  **November 12, 2015**

UNITED STATES MAGISTRATE JUDGE