BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>         v.<br><br>JONATHAN CORNELIUS BOURNE,<br><br>                          Defendant. | CASE NO.  1:15-CR-00253-DAD-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 29, 2016<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 29, 2016.

2. By this stipulation, defendant now moves to continue the status conference until April 4, 2016, and to exclude time between February 29, 2016, and April 4, 2016, under 18 U.S.C. § 3161.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes 2,705 pages of discovery and an audio DVD that has been provided to date. There are an additional approximately 400 pages are being processed so this remaining discovery can be provided to defense counsel by the end of this week. The government believes will complete the discovery process.

b) Counsel for defendant desires additional time to receive and review the discovery, conduct further investigation regarding damages and complicated restitution issues, to effectively prepare, and to continue ongoing settlement negotiations.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government agrees with the request to continue the status conference, this is a mutual request, and does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 29, 2016 to April 4, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (B)(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  February 25, 2016                    BENJAMIN B. WAGNER
                                             United States Attorney


                                              /s/ LAUREL J. MONTOYA
                                             LAUREL J. MONTOYA
                                             Assistant United States Attorney

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

Dated: February 25, 2016    /s/ PETER M. JONES
PETER M. JONES
Counsel for Defendant
JONATHAN CORNELIUS
BOURNE

**ORDER**

IT IS SO ORDERED.

Dated:   **February 26, 2016**        **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE