PHILLIP A. TALBERT
Acting United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN CORNELIUS BOURNE,<br><br>Defendant. | CASE NO. 1:15-CR-00253-LJO-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: May 6, 2016<br>TIME: 8:30 a.m.<br>COURT: Hon. Lawrence J. O'Neill |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a change of plea hearing on May 6, 2016.

2. By this stipulation, defendant now moves to continue the status conference until July 5, 2016, and to exclude time between May 6, 2016, and July 5, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, photographs, search warrant documents, recordings, documents obtained from the defendant, and archeological expert reports. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) The parties agree that the matter will settle and are working toward a resolution

while dealing with complicated damage and restitution issues that need to be addressed before the plea is entered and included in the plea agreement.  The parties are very close to resolving these issues however additional time and additional investigation is needed to finalize the details of the plea agreement.

   c) Counsel for defendant desires additional time to review the reports and other information as it relates to the aforementioned archeological damage and restitution and repair costs as well as gather additional information.

   d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) The government joins in the requested continuance.

   f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 6, 2016 to July 5, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

   4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

   IT IS SO STIPULATED.

Dated:  June 1, 2016        PHILLIP A. TALBERT
                  Acting United States Attorney

                   /s/ LAUREL J. MONTOYA
                   LAUREL J. MONTOYA
                   Assistant United States Attorney

Dated:  June 1, 2016 /s/ PETER JONES
PETER JONES
Counsel for Defendant
JONATHAN CORNELIUS
BOURNE

**[PROPOSED] FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this _____ day of _____, _____.

THE HONORABLE LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE