UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Lawrence J. O'Neill<br>Chief United States District Judge<br>Fresno, California | RE: **Jonathan Cornelius Bourne**<br>    **Docket Number:  1:15CR00253-001**<br>    <u>**PERMISSION TO TRAVEL**</u><br>    <u>**OUTSIDE THE COUNTRY**</u> |

Your Honor:

Jonathan Bourne is requesting permission to travel to Netherlands, Scotland and Norway.  Mr. Bourne is current with all supervision obligations, including financial court ordered obligations and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On November 7, 2016, Mr. Bourne was sentenced for the offense(s) of Unauthorized Transportation of Archaeological Objects, 16 U.S.C. § 470ee(a), (b), & (d), and Unauthorized Excavation, Removal, Damage or Defacement of Archaeological Resources; 16 U.S.C. § 470ee(a) & (d), (Class E Felonies).

**Sentence Imposed:**  24 Month Probation; $40,000 Fine; $249,872.75 Restitution; $200 Special Assessment; and DNA Collection.

**Dates and Mode of Travel:**  British Airways Flight 6122 from Los Angeles to Amsterdam.  At Rotterdam, Netherlands, he takes Holland America Cruises and returns on June 25, 2017, British Airways Flight 283.

**Purpose:**  Vacation

1

**RE:    Jonathan Cornelius Bourne**
**       Docket Number:  1:15CR00253-001**
**       <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully submitted,

Jose Figueroa

s/Jose Figueroa
United States Probation Officer

Dated:   March 10, 2017
         Bakersfield, California

/s/ Lonnie Stockton

**REVIEWED BY:     Lonnie Stockton**
**                 Supervising United States Probation Officer**

## ORDER OF THE COURT

☒   Approved          ☐   Disapproved

IT IS SO ORDERED.

Dated:  **March 10, 2017**          **/s/ Lawrence J. O'Neill**
                                    UNITED STATES CHIEF DISTRICT JUDGE